IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

HAROLD GARDNER,                                           No. 11-cr-30124

Defendant.

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. Sentencing is set for June 13, 2013. at 11:00 am. Thus, the Court **ACKNOWLEDGE**S the state writ of habeas corpus ad prosequendum and **DIRECTS** the United States Marshal to honor that writ.

**IT IS SO ORDERED.**

Signed this 20th day of May, 2013.

Digitally signed by
David R. Herndon
Date: 2013.05.20
11:23:07 -05'00'

**Chief Judge**
**United States District Court**